UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 27  AM 7:27

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| HINGEL PETROLEUM, L.L.C. | * CIVIL ACTION |
| | * |
| | * NO. 06-9935 |
| | * |
| -vs- | * SECTION "F" |
| | * |
| | * JUDGE FELDMAN |
| FIDELITY NATIONAL INSURANCE COMPANY, INC. | * |
| | * MAGISTRATE NO. 3 |

*************************************************

## ORDER

CONSIDERING THE FOREGOING UNOPPOSED MOTION,

It is ORDERED that this matter be transferred to the "deferral docket" as set forth in Case Management Order No. 3 issued on June 25, 2007, and that an administrative stay issue from the date of the signing of this Order.

It is FURTHER ORDERED that the parties file a joint status report with the Court within sixty (60) days of the signing of this Order.

Signed this _____ day of _____, 2007, in New Orleans, Louisiana.

DENIED.
7.26.07

_____
JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.